**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| L.L., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-435-CDL-ALS |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

On March 27, 2026, Respondent filed a Response to Petitioner's application for habeas relief. (ECF No. 7). The same day, Petitioner filed a Reply. (ECF No. 8).

As of September 24, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed September 24, 2026). Consequently, Respondent is ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen**

**(14) days** of the date of this Order.

**SO ORDERED**, this 28th day of September, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE